## NEW-YORK COMMON PLEAS.

### THE PEOPLE *ex rel.* CORLIS agt. SMITH.

The marine court of the city of New-York have no jurisdiction to issue final process against the *person* of a defendant.

*At Chambers, August,* 1854. This was a certiorari issued to the keeper of the Eldridge-street (debtors') prison, to certify the cause of the detention and imprisonment of the relator.

It appeared from the return made by the keeper that the relator was held by him under a commitment in execution, in the nature of a " *Ca. Sa.*," issued by the marine court of this city, in an action brought by one Ready against the relator for money collected by the relator, as the agent of the plaintiff, and fraudulently misapplied. The marine court rendered judgment against the relator, and an execution issued against his property being returned unsatisfied, the commitment under which he was held was issued. (See *Laws relative to the City of New-York, p.* 490.)

A. R. DYETT, *for the relator,* asked for his discharge on the ground that the marine court had no jurisdiction in such an action to issue any execution or final process against the person. He cited and relied upon Brown agt. Treat, 1 *Hill,* 225; *Laws,* 1831, *chap.* 287, § 1, 29, 30 to 33, 47; *Code,*

§§ 53, 54, 65. § 179 of the Code had no application to the marine court. See § 8 of *Code*.

DALY, Judge. *Held,* that the marine court had no jurisdiction to issue the process, and discharged the relator accordingly.